UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-5192 MRW | Date | August 12, 2014 |
|---|---|---|---|
| Title | Fengping Xie v. Kathy Baran | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| n/a | | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER RE: NOTICE OF VOLUNTARY DISMISSAL

   Plaintiff filed a notice of voluntary dismissal. (Docket # 5.)  This action is dismissed without prejudice.

|  |  | 0 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | vm | |